IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:20cr74 |
| STEVEN THOMPSON, | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## AMENDED PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 11/9/2020 |
| Jury Trial Date | 2/22/2021 |
| Final Pretrial Conference (by telephone) | Tuesday, 2/16/2021 at 5:00 pm |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 1/19/2021 |
|     Other Motions | 2/8/2021 |
| Discovery Cut-off | 2/5/2021 |
| Speedy Trial Deadline | 2/22/2021 |

*(signature)*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE